UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| YACOUB OULD SIDYA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:24-CV-238-CHB |
| ) | |
| v. ) | |
| ) | **ORDER** |
| SIDI MOHAMED KMACHE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Motion for Entry of Default filed by Plaintiff Yacoub Ould Sidya, [R. 9], and the Motion to Extend Filing Deadline for Answer filed by Defendant Sidi Mohamed Kmache, [R. 11]. Plaintiff filed his Motion for Entry of Default, [R. 9], after Defendant failed to timely file an answer or otherwise appear in this case. However, only three days after Plaintiff filed that motion, counsel entered a Notice of Appearance on behalf of Defendant, [R. 10], and requested an extension of time in which to answer Plaintiff's complaint. [R. 11]. Plaintiff has not responded to the Motion to Extend Filing Deadline for Answer, [R. 11], and the time to do so has expired. The Court construes the failure to respond as a lack of objection to the motion. Moreover, given Plaintiff's lack of objection to Defendant's request to file a late answer in this case, the Court understands that Plaintiff has no objection to Defendant answering and defending this action. As such, the Court will deny as moot the Motion for Entry of Default, [R. 9].

**IT IS HEREBY ORDERED** as follows:

1. The Motion for Entry of Default filed by Plaintiff Yacoub Ould Sidya, [**R. 9**], is **DENIED as moot.**

2. The Motion to Extend Filing Deadline for Answer filed by Defendant Sidi Mohamed Kmache, [**R. 11**], is **GRANTED**.

3. Defendant has until **Monday, June 10, 2024**, to respond to Plaintiff's complaint.

This the 29th day of May, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY