UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| YACOUB OULD SIDYA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:24-CV-238 |
| | ) | |
| v. | ) | |
| | ) | |
| SIDI MOHAMED KMACHE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Before the Court is Defendant Sidi Mohamed Kmache's Rule 26(a)(1) Initial Disclosures of Defendant State Farm, [R. 20]. Generally, discovery documents, including discovery requests, expert disclosures, notices to take depositions, and notices of cancellation of depositions, should not be filed in the record. Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."); Fed. R. Civ. P. 5 advisory committee's note to 2000 amendment (noting that "[d]iscovery requests" under Rule 5(d) "includes deposition notices"); L.R. 26.1(b) (recognizing that "disclosures, notices, interrogatories, requests[,] and answers or responses thereto" are "not filed of record pursuant to [Rule] 5(d)"); see also [R. 17, p. 3] (directing the parties to comport with Fed. R. Civ. P. 5(d) in filing discovery materials in the record). Accordingly, the Court sufficiently advised,

**IT IS HEREBY ORDERED** that the parties **SHALL** refrain from filing additional discovery documents except as contemplated under the Federal Rules.

This the 18th day of October, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record