**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| YACOUB OULD SIDYA,<br><br>     Plaintiff,<br><br>v.<br><br>SIDI MOHAMED KMACHE,<br><br>     Defendant. | Case No. 3:24-cv-238-CHB<br><br>Judge Claria Horn Boom |

**ORDER MODIFYING SCHEDULING ORDER**

This matter is before the Court upon the Motion to Amend the Scheduling Order (Doc. 17) filed by Plaintiff Yacoub Ould Sidya. Having considered the matter and being in all ways sufficiently advised, **IT IS HEREBY ORDERED** that**:**

1.     Plaintiff Yacoub Ould Sidya shall have up to and including **May 8, 2025,** to disclose his experts and expert reports.

2.     Defendant Sidi Mohamed Kmache shall have up to and including **June 5, 2025,** to disclose his experts and expert reports.

3.     All discovery, including expert discovery, shall be completed by **September 15, 2025.**

4.     Dispositive motions shall be filed by **October 31, 2025.**

5.     All other provisions of the Scheduling Order, to the extent they do not conflict with this Order, shall remain in full force and effect.

**SO ORDERED.**