UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:24-CV-00238-CHB

YACOUB OULD SIDYA                                                                                                    PLAINTIFF

VS.

SIDI MOHAMED KMACHE                                                                                          DEFENDANT

**ORDER**

The Parties in this case filed a joint status report on August 5, 2025, reporting that the Parties are "attempting to work through discovery disputes concerning the logistics of [Plaintiff's] deposition and the scope of discovery." (DN 37). The report further states that Defendant plans to file a motion to compel Plaintiff to appear in person for his deposition and that Plaintiff plans to oppose such a motion. (*Id.*). The Parties indicate they have already held a meet and confer conference regarding these disputes. (*Id.*).

The Scheduling Order in this case provides that before a party may file a discovery motion, the Parties must not only confer with one another in a good-faith effort to resolve the dispute, they must also "contact the Magistrate Judge to schedule a telephonic conference concerning the discovery dispute counsel have failed to resolve." (DN 17, at PageID # 51). Accordingly, Defendant shall not file a motion to compel before contacting the undersigned's case manager, Ashley Henry (Ashley_henry@kywd.uscourts.gov) to identify the dispute and schedule a conference with the Court.

**IT IS SO ORDERED.**

Copies:        Counsel of Record