# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:24-CV-00238-CHB

**YACOUB OULD SIDYA**  **PLAINTIFF**

**VS.**

**SIDI MOHAMED KMACHE**  **DEFENDANT**

## ORDER

The Parties contacted the undersigned to schedule a telephonic conference to discuss several discovery disputes. (DN 39). The Court scheduled the conference for August 29, 2025, at 11:30 AM and directed each party to submit a brief memo (limited to 5 pages) setting forth the nature of the discovery dispute to Judge Edwards' case manager, Ashley Henry, no later than August 26, 2025. Plaintiff submitted his memo by this deadline; Defendant did not. Because Defendant has failed to comply with the Court's Order,

**IT IS THEREFORE ORDERED** as follows:

(1) The telephonic conference scheduled for August 29, 2025 is **REMANDED** from the docket and **RESCHEDULED for** September 4, 2025, at 10:00 AM. The Parties shall participate in the conference using the following dial-in information: 1-650-479-3207, Access Code: 2316 055 1079.

(2) Defendant shall submit his pre-conference memo to ashley_henry@kywd.uscourts.gov by no later than 5:00 PM on Friday, August 29, 2025. Defendant's failure to do so will lead to show-cause proceedings.

Copies:     Counsel of Record