UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:24-CV-00238-CHB

YACOUB OULD SIDYA                                                                                    PLAINTIFF

VS.

SIDI MOHAMED KMACHE                                                                          DEFENDANT

## ORDER

Defendant Sidi Mohamed Kmache has twice failed to comply with the Court's Orders, which required he provide a brief memo setting forth the nature of a discovery dispute between the Parties. (*See* DN 39; DN 41). The Court's last Order warned that if Defendant failed to provide the requisite memo by Friday, August 29, 2025, the Court would initiate show-cause proceedings. (DN 41).

**IT IS THEREFORE ORDERED** as follows:

(1) The telephonic status conference scheduled for September 4, 2025 is **REMANDED** from the Court's docket.

(2) Defendant shall **SHOW CAUSE in writing** for his failures to abide by Court Orders by September 4, 2025.

(3) If Defendant fails to show cause in writing by September 4, 2025 for his repeated failures, the Court will schedule an in-person show-cause hearing.

Copies:        Counsel of Record