# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:24-CV-00238-CHB

**YACOUB OULD SIDYA**                                              **PLAINTIFF**

**VS.**

**SIDI MOHAMED KMACHE**                                       **DEFENDANT**

## ORDER

The Parties in this action have an active discovery dispute regarding whether Plaintiff Yacoub Ould Sidya should be required to travel to the United States for his deposition. At the Defendant's request, the Court scheduled a telephonic conference to discuss the dispute. (DN 39). However, Defendant twice failed to file the requisite pre-conference memorandum, and the Court ordered him to show cause for such failures. (*See* DN 42). Defendant filed his written show-cause response on September 4, 2025 and submitted his late pre-conference memorandum to the Court. (DN 43). That same day, Plaintiff filed a Motion to Strike Defendant's pre-conference memorandum. (DN 44).

The Court, accordingly, schedules an **IN-PERSON HEARING** at the Gene Snyder United States Courthouse for **SEPTEMBER 17, 2025, at 2:00 PM** on these issues.

**IT IS SO ORDERED.**

Copies:        Counsel of Record