# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| **YACOUB OULD SIDYA,** | **Case No. 3:24-cv-238-CHB** |
| **Plaintiff,** | |
| v. | |
| **SIDI MOHAMED KMACHE,** | |
| **Defendant.** | |

## ORDER MODIFYING SCHEDULING ORDER

This matter is before the Court upon the Joint Motion to Modifying the Scheduling Order submitted by the Parties. Having considered the matter and being in all ways sufficiently advised,

**IT IS HEREBY ORDERED** that:

1.    All discovery shall be completed by **June 14, 2026**.

2.    Dispositive motions shall be filed by **July 30, 2026**.

**SO ORDERED.**