**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

|  |  |
|---|---|
| YACOUB OULD SIDYA,<br><br>   Plaintiff,<br><br>v.<br><br>SIDI MOHAMED KMACHE,<br><br>   Defendant. | Case No. 3:24-cv-238-CHB<br><br>Judge Claria Horn Boom<br>Magistrate Judge Regina S. Edwards |

**AGREED ORDER**

This matter is before the Court following the Joint Status Report filed by the Parties in response to the Court's March 31, 2026, Order (Doc. 66). Having considered the matter and being in all ways sufficiently advised,

**IT IS HEREBY ORDERED** that:

1. By agreement of the Parties, Plaintiff's deposition shall be conducted remotely. Plaintiff shall continue to make arrangements to appear for trial in-person and shall make himself available for an in-person deposition at least one day prior to trial. The Court's Order entered September 24, 2025 (Doc. 49) is hereby vacated as moot.

**SO ORDERED.**

Copies to:
Counsel of record

Tendered by:

Todd V. McMurtry
J. Will Huber (KBA#99339)
FINNEY LAW FIRM, LLC
250 Grandview Dr., Ste. 500
Ft. Mitchell, KY 41017
Phone: (859) 344-1188
Fax: (859) 578-3869
todd@finneylawfirm.com
will@finneylawfirm.com

*Attorneys for Plaintiff,*
*Yacoub Ould Sidya*

Rania A. Attum
ATTUM LAW OFFICE
500 West Jefferson St., Ste. 1515
Louisville, KY 40202
Phone: (502) 230-2366
rania@attumlaw.com

*Attorney for Defendant,*
*Sidi Mohamed Kmache*