UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

YACOUB OULD SIDYA,                      )
                                        )
        Plaintiff,                      )        Civil Action No. 3:24-cv-238-CHB-RSE
                                        )
v.                                      )
                                        )
SIDI MOHAMED KMACHE,                    )                **ORDER**
                                        )
        Defendant.                      )
                                        )

***   ***   ***   ***

This matter is before the Court on Plaintiff's Motion to Set Briefing Schedule on Motion for Pro Hac Vice Admission of James Kurz, [R. 75]. Plaintiff explains that he opposes Mr. Kurz's admission "by reason of his conduct in another matter adverse to Mr. Sidya pending in Campbell County, Kentucky and requests an opportunity to set forth the basis for that opposition in a written response." *Id.* However, prior to the docketing of the plaintiff's motion, this Court reviewed Mr. Kurz's motion seeking pro hac vice admission, determined that Mr. Kurz complied with the relevant rules, and granted that motion. [R. 74]. As such, the Court will deny Plaintiff's motion as moot. If necessary, Plaintiff may file an appropriate motion, stating the legal basis for any requested relief.

Accordingly, the Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.      The Plaintiff's Motion to Set Briefing Schedule on Motion for Pro Hac Vice Admission of James Kurz, [**R. 75**], is **DENIED as moot**.

This the 31st day of July, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:     Counsel of Record