**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:24-CV-00238-CHB**

**YACOUB OULD SIDYA** **PLAINTIFF**

**VS.**

**SIDI MOHAMED KMACHE** **DEFENDANT**

# ORDER

At the Court's request, the Parties filed a Joint Status Report on October 13, 2026. (DN 86). They explained that Plaintiff will respond to Defendant's discovery requests on or before November 10, 2026, and that Plaintiff's deposition has been scheduled for November 24, 2026 via Zoom. (*Id.*). However, the Parties reported being at an impasse regarding whether Defendant must disclose sources he relied upon in writing a publication at issue and sought guidance on presenting the dispute to the Court.

In accordance with the procedures outlined in the Scheduling Order, the Court sets a telephonic conference to discuss the Parties' dispute for **October 27, 2026, at 10:00 AM.** To participate in the conference, counsel shall use the following dial-in information: 1-650-479-3207, Access Code: 2316 055 1079. Each party shall submit **a brief memo (limited to 5 pages)** setting forth the nature of the discovery dispute to Ashley_henry@kywd.uscourts.gov and to opposing counsel no later than **Friday, October 23, 2026.**

**IT IS SO ORDERED.**

October 14, 2026

Regina S. Edwards, Magistrate Judge
United States District Court

Copies: Counsel of Record