**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:24-CV-00238-CHB**

**YACOUB OULD SIDYA** **PLAINTIFF**

**VS.**

**SIDI MOHAMED KMACHE** **DEFENDANT**

# ORDER

Based on the Parties' Joint Status Report filed on October 13, 2026, the Court scheduled a telephonic conference for October 27, 2026, at 10:00 AM. (DN 88). The Court directed each party to submit a brief memo (limited to 5 pages) setting forth the nature of the discovery dispute to Judge Edwards' case manager, Ashley Henry, no later than October 23, 2026. Plaintiff submitted his memo by this deadline; Defendant did not.

At the request of counsel, the Court rescheduled the telephonic conference to November 5, 2026. (DN 89). Though he has had three weeks to prepare, Defendant has still not submitted a pre-conference memorandum. The Court notes that this is Defendant's second time failing to provide a pre-conference memorandum as ordered by the Court, necessitating the rescheduling of a telephonic conference. (*See* DN 41).

**IT IS THEREFORE ORDERED** as follows:

(1) The telephonic conference scheduled for November 5, 2026 is **REMANDED** from the docket and **RESCHEDULED for** November 10, 2026, at 2:00 PM. The Parties shall participate in the conference using the following dial-in information: 1-650-479-3207, Access Code: 2316 055 1079.

(2) Defendant shall submit his pre-conference memo to ashley_henry@kywd.uscourts.gov by no later than **5:00 PM on Friday, November 6, 2026**. Defendant's failure to do so will lead to show-cause proceedings or the imposition of other appropriate sanctions.

November 4, 2026

Regina S. Edwards, Magistrate Judge
United States District Court

Copies: Counsel of Record