**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:24-CV-00238-CHB**

**YACOUB OULD SIDYA** **PLAINTIFF**

**VS.**

**SIDI MOHAMED KMACHE** **DEFENDANT**

# ORDER

The Court has now twice ordered Defendant Sidi Mohamed Kmache to file a brief memo for a telephonic discovery-dispute conference. (DN 88; DN 91). Both times, Defendant has failed to file his memo by the Court's deadlines. The Court previously warned Defendant that failure to submit his pre-conference memo by 5:00 PM on Friday, November 6, 2026, "will lead to show-cause proceedings or the imposition of other appropriate sanctions." (DN 91).

**IT IS THEREFORE ORDERED** as follows:

(1) The telephonic conference scheduled for November 10, 2026 at 2:00 PM is **REMANDED** from the docket based on Defendant's failure to comply with Court orders.

(2) An in-person **SHOW-CAUSE HEARING** is scheduled for **December 2, 2026, at 1:30 PM** at the Gene Snyder United States Courthouse, 601 W. Broadway, Louisville, KY, 40202. Counsel for both Parties shall attend this hearing.

(3) Defendant's failure to appear and/or failure to show sufficient cause for his failures to comply with Court orders may result in the imposition of sanctions.

November 9, 2026

Regina S. Edwards, Magistrate Judge
United States District Court

Copies: Counsel of Record