UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| YACOUB OULD SIDYA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:24-cv-238-CHB-RSE |
| | ) | |
| v. | ) | |
| | ) | |
| SIDI MOHAMED KMACHE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on Plaintiff's Motion to Strike Doc. 94 for Violating the Redaction Requirements of Fed. R. Civ. P. 5.2 and an Order Limiting Nonparty Remote Electronic Access. [R. 95]. In the motion, Plaintiff explains that the defendant's Motion to Dismiss, [R. 94], filed on November 10, 2026, includes Plaintiff's full date of birth in multiple places in violation of Federal Rule of Civil Procedure 5.2. Plaintiff now asks the Court to strike the motion and also enter a protective order that "limit[s] or prohibit[s] a nonparty's remote electronic access to a document filed with the court." [R. 95]; *see also* Fed. R. Civ. P. 5.2(e)(2). The Court notes that the Clerk's Office has already restricted access to the motion because it contains private identifiers of the plaintiff, and Plaintiff cites no other reason in support of his request for a protective order. The Court will therefore grant the motion to strike to the extent it seeks strike the offending motion, but will deny the request for a protective order. Instead, the Court will order the defendants to file a redacted version of the motion (and its exhibits).

Accordingly, the Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion to Strike Doc. 94 for Violating the Redaction Requirements of

Fed. R. Civ. P. 5.2 and an Order Limiting Nonparty Remote Electronic Access, [**R. 95**], is **GRANTED IN PART** and **DENIED IN PART**.

a. The motion is **GRANTED** to the extent it seeks to strike Defendant's motion from the record. The Clerks' Office is directed to **STRIKE** the motion and its exhibits from the record.

b. The motion is **DENIED** to the extent it seeks a protective order.

2. On or before **5:00 PM on Friday, November 13, 2026**, Defendant **SHALL** refile its motion to dismiss and any exhibits, with proper redactions in accordance with Federal Rule of Civil Procedure 5.2. Plaintiff's response deadline **SHALL** be calculated based on the date of the original motion's filing, November 10, 2026.

This the 13th day of November, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record