UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| YACOUB OULD SIDYA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:24-cv-238-CHB-RSE |
| | ) | |
| v. | ) | |
| | ) | |
| SIDI MOHAMED KMACHE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the parties' Joint Status Report. [R. 99]. Among other things, the Joint Status Report advises that "Defendant intends to re-file a version of the motion to dismiss that does not contain Plaintiff's birthday in the screenshot on the third page of the motion." *Id.* at 1. The Court previously struck from the record defendant's Motion to Dismiss, [R. 94], filed on November 10, 2026, because it included Plaintiff's full date of birth in multiple places in violation of Federal Rule of Civil Procedure 5.2. [R. 96]; *see also* Fed. R. Civ. P. 5.2(e)(2). The Court also ordered Defendant to refile its motion to dismiss and any exhibits, with proper redactions in accordance with Federal Rule of Civil Procedure 5.2. [R. 96]. Nevertheless, Defendant's re-filed motion continues to include Plaintiff's full date of birth in violation of Rule 5.2. [R. 97]. The Court notes that the Clerk's Office has already restricted access to the motion because it contains private identifiers of the plaintiff.

Accordingly, the Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Clerks' Office is directed to **STRIKE** the motion, [**R. 97**], and its exhibits from the record.

2. On or before **5:00 PM on Wednesday, November 18, 2026**, Defendant **SHALL** refile its motion to dismiss and any exhibits, with proper redactions in accordance with Federal Rule of Civil Procedure 5.2. Plaintiff's response deadline **SHALL** be calculated based on the date of the original motion's filing, November 10, 2026.

This the 17th day of November, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record